CV 01-01986 #00000005

*Dan* FILED /2-14/01 ENTERED
____LODGED ____RECEIVED

**DEC 1 4 2001** DM

AT SEATTLE
CLERK U S DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

MAYA KOL,

        Petitioner,

    v

JOHN D. ASHCROFT, *et al* ,

        Respondents

CASE NO  C01-1986Z

ORDER APPOINTING
FEDERAL PUBLIC
DEFENDER

The court, having considered petitioner's Request for Appointment of Counsel,

petitioner's financial eligibility, and the balance of the record, finds and ORDERS as follows

(1)  The court is in receipt of a letter from the Federal Public Defenders Office, indicating

that this case falls within the class of cases potentially governed by *Zadvydas v Davis*, 121 S.

Ct. 2491 (2001)  Because of the complex issues involved in this case, the interests of justice

require that counsel be appointed for petitioner  *See* 18 U S C  § 3006A(a)(2)(B)  As required

by statute, petitioner has demonstrated that he is financially eligible for such appointment  *See*

*id*  Accordingly, petitioner's Request for Appointment of Counsel is GRANTED  The court

appoints the Federal Public Defender to represent petitioner in these proceedings

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER
PAGE - 1



1

    (2)  The Clerk shall direct copies of this Order to petitioner, to the Federal Public

2

Defender, to counsel for respondent and to the Hon. Thomas S. Zilly

3

    DATED this __14__ day of December, 2001

4

5

John L. Weinberg

6

United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER
PAGE - 2